UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY DECARLOS MAY, JR.,

    Defendant.
_____/

Case No. 24-cr-20163
Hon. Matthew F. Leitman

## ORDER RELEASING DEFENDANT FROM CUSTODY

Defendant, Anthony Decarlos May, Jr. appeared before this Court on January 15, 2026, for sentencing in this matter. Mr. May was sentenced to a term of probation.

**IT IS HEREBY ORDERED** that Defendant Anthony Decarlos May, Jr. shall be released from custody forthwith.

**IT IS SO ORDERED.**

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: January 15, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 15, 2026, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126